IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEZANDER DELGADO,** | Case No. 2:14-CV-00306-EFB (PC) |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **C. SNYDER, et al.,** | |
| Defendants. | |

Based on the stipulation of the parties, Defendants' request to modify the scheduling order is GRANTED. The discovery deadline, and last day for parties to file motions to compel, is January 18, 2016.

Dated: December 23, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:14-CV-00306-EFB (PC))