IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**ALEZANDER DELGADO,**

Plaintiff,

v.

**C. SNYDER, et al.,**

Defendants.

Case No. 2:14-CV-00306-EFB (PC)

[~~PROPOSED~~] **ORDER**

On February 16, 2016, Defendants filed a request to permit Defendants' counsel to appear via videoconference for the March 29, 2016 mediation

Defendants are granted permission to appear via videoconference at the March 29, 2016 mediation, if video-conferencing equipment is available at the institution in which plaintiff is housed.

Dated: February 22, 2016.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:14-CV-00306-EFB (PC))